[No. 56834-5-I.  Division One.  November 27, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. ALEXANDER PHILLIPS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-03453-8, William L. Downing, J., entered August 8, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 56946-5-I.  Division One.  November 27, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN RAY ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04576-7, Brian D. Gain, J., entered September 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57131-1-I.  Division One.  November 27, 2006.]

RAYMOND R. VAUGHN, JR., *Respondent*, v. GARY A. VAUGHN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-10587-7, George N. Bowden, J., entered October 18, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57186-9-I.  Division One.  November 27, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. EDMOND CUMMINGS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05023-0, Helen Halpert, J., entered October 20, 2005. *Affirmed* by unpublished per curiam opinion.